**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Christian Liam Schenk,<br><br>Defendant. | Case No. 0:26-cr-174 (SRN/SGE)<br><br>**ORDER GRANTING IN PART DEFENDANT'S UNOPPOSED MOTION TO APPEAR BY VIDEO TELECONFERENCE** |

This matter is before the Court on Defendant Christian Liam Schenk's Unopposed Motion to Appear by Video Teleconference (Dkt. 11). The government does not object, and Defendant has consented in writing to appear by video teleconference. *See* Fed. R. Crim. P. 5(g), 10(c), 43(b)(3). Based on the motion and all the files, records, and proceedings herein, Defendant's Unopposed Motion to Appear by Video Teleconference (Dkt. 11) is granted in part.

Accordingly, IT IS HEREBY ORDERED:

1. Mr. Schenk and Counsel may appear by Zoom Video Conference for Mr. Schenk's initial appearance in the District of Minnesota on October 9, 2026 at 10:00 a.m. Zoom information will be emailed to counsel prior to the hearing.
2. Counsel shall provide the Zoom information to Mr. Schenk and inform him of the District Court's Expectations for Remote Appearances for Initial Appearances and Arraignments. *Available at* www.mnd.uscourts.gov/sites/mnd/files/Expectations-for-Remote-Appearances-and-Arraignments.pdf

3. This Order does not authorize Defendant to appear by video teleconference at any other proceeding at which evidence will be offered, testimony will be taken, a change-of-plea will be made, or a trial or sentencing will be held.
4. For any future hearings, Mr. Schenk will need to request special permission from the presiding judge who will decide whether his physical appearance is required under the Federal Rules of Criminal Procedure and District of Minnesota court policy.

Dated: October 7, 2026

BY THE COURT:

*s/Shannon G. Elkins*
SHANNON G. ELKINS
United States Magistrate Judge